## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Bryan Anthony Reo, | ) | Case No. _____ |
| Plaintiff, | ) | Hon. _____ |
| v. | ) | **NOTICE OF REMOVAL** |
| Just Energy, Inc., | ) | Jennifer J. Dawson (0033707) |
| | | **MARSHALL & MELHORN, LLC** |
| Defendant. | ) | Four SeaGate, 8th Floor |
| | | Toledo, Ohio 43604 |
| | ) | (419) 249-7100 |
| | | FAX (419) 249-7151 |
| | ) | dawson@marshall-melhorn.com |
| | | Counsel for Just Energy |
| | ) | |

1. On July 23, 2015, Commerce Energy, Inc. doing business as Just Energy, improperly referred by Plaintiff as Just Energy, Inc. ("Just Energy") received a Summons and First Amended Complaint captioned *Bryan Anthony Reo v. Just Energy, Inc.*, Case No. 15 CV 000962 pending in the Common Pleas Court of Lake County.

2. Copies of the Summons and First Amended Complaint are attached hereto as Exhibits A and B.

3. This Notice of Removal is filed within 30 days after receipt of the Summons and First Amended Complaint by defendant Just Energy and it is therefore timely filed in accordance with 28 U.S.C. §1446(b).

4. The Summons and First Amended Complaint represent all process and pleadings served upon Just Energy in this case.

5. This Court has original jurisdiction over this action because Plaintiff alleges that Just Energy violated the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* (First Amended Complaint at paragraph 1). Therefore this action may be removed to this Court pursuant to 28 U.S.C. §§1331 and 1446.

6. A copy of this Notice of Removal will be filed with the Clerk of the Court for the Common Pleas Court of Lake County and served on Plaintiff.

WHEREFORE, Defendant Just Energy respectfully requests that this matter proceed in this Court as though originally commenced herein.

Respectfully submitted,

*/s/ Jennifer J. Dawson*
Jennifer J. Dawson
Attorney for Defendant
Just Energy

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2015, a copy of the foregoing was filed electronically with the District Court. Notice of this filing will also be sent via first-class mail to Plaintiff Bryan Anthony Reo, Pro Se, 7143 Rippling Brook, Mentor, OH 44060.

*/s/ Jennifer J. Dawson*
Jennifer J. Dawson