**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Bryan Anthony Reo, | ) | Case No. 1:15CV1618 |
| Plaintiff, | ) | Hon. Christopher A. Boyko |
| | | Magistrate Judge William H. Baughman, Jr. |
| v. | ) | |
| | | **STIPULATION OF DISMISSAL** |
| Just Energy, Inc., | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, through counsel, stipulate that this matter is dismissed with prejudice, with parties to bear their own costs.

Respectfully submitted,


/s/  *Bryan Anthony Reo*                          
Bryan Anthony Reo
7143 Rippling Brook
Mentor, OH 44060
Plaintiff Pro Se

*/s/ Jennifer J. Dawson*                                      
Jennifer J. Dawson (0033707)
**Marshall & Melhorn, LLC**
Four SeaGate, 8th Floor
Toledo, Ohio 43604
(419) 249-7100
FAX (419) 249-7151
dawson@marshall-melhorn.com
Attorney for Defendant Just Energy

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2015, a copy of the foregoing was filed

electronically with the District Court.  Notice of this filing will also be sent via email to Plaintiff

Bryan Anthony Reo, Pro Se, 7143 Rippling Brook, Mentor, OH  44060.


*/s/ Jennifer J. Dawson*

Jennifer J. Dawson