# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Bryan Anthony Reo, | ) | Case No. 1:15CV1618 |
| Plaintiff, | ) | Hon. Christopher A. Boyko<br>Magistrate Judge William H. Baughman, Jr. |
| v. | ) | |
| | | **STIPULATION OF DISMISSAL** |
| Just Energy, Inc., | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, through counsel, stipulate that this matter is dismissed with prejudice, with parties to bear their own costs.

Respectfully submitted,

/s/ Bryan Anthony Reo
Bryan Anthony Reo
7143 Rippling Brook
Mentor, OH 44060
Plaintiff Pro Se

/s/ Jennifer J. Dawson
Jennifer J. Dawson (0033707)
**Marshall & Melhorn, LLC**
Four SeaGate, 8th Floor
Toledo, Ohio 43604
(419) 249-7100
FAX (419) 249-7151
dawson@marshall-melhorn.com
Attorney for Defendant Just Energy

IT IS SO ORDERED.
s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE